IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

_____

**Horizon Mental Health Management, Inc.**
*doing business as*
**Horizon Health Behavioral Health Services,**

                       **Plaintiff,**

   vs.                           Civil Action No. 7:09-CV-00337 (GHL)

**Claxton-Hepburn Medical Center, et al,**

                       **Defendants.**

_____

APPEARANCES:                  OF COUNSEL:

FOR PLAINTIFF:

| | |
|---|---|
| Damon, Morey Law Firm - Buffalo Office | Brian D. Gwitt, Esq. |
| 200 Delaware Avenue | Amber E. Storr, Esq. |
| 12th Floor | Stephen M. O'Neill, Esq. |
| Buffalo, NY 14202-2150 | |

FOR DEFENDANT:

| | |
|---|---|
| Hancock, Estabrook Law Firm | Daniel B. Berman, Esq. |
| 1500 AXA Tower I | Zachary M Mattison, Esq. |
| Syracuse, NY 13221 | |

GEORGE H. LOWE,
UNITED STATES MAGISTRATE JUDGE,

JUDGMENT DISMISSING ACTION
BASED UPON SETTLEMENT

    The parties have entered into an agreement in settlement of all

claims in this action, and that they reasonably anticipate finalizing their

agreement shortly, following which this action will be discontinued, with prejudice, by stipulation pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.  Based upon this development, I find that it is not necessary for this action to remain on the court's active docket.

It is therefore hereby

ORDERED, as follows:

1) This action is dismissed, with prejudice, except as set forth below.

2) The court will retain complete jurisdiction to vacate this order and to reopen the action within three months from the date of this order upon cause shown that the settlement has not been completed and further litigation is necessary.

3) The Clerk shall forthwith serve copies of this judgment upon the parties and/or their attorneys appearing in this action by electronic means.

Dated:   May 25,  2011
         Syracuse, New York

_____
George H. Lowe
United States Magistrate Judge